In the Matter of the Claim of ALBERT GRIFFIN, Respondent, against BECKER ROOFING COMPANY et al., Appellants. THE STATE INDUSTRIAL BOARD, Respondent.

(Argued October 2, 1928; decided October 16, 1928.)

*Edward P. Mowton* for appellant.

*Albert Ottinger, Attorney-General (E. C. Aiken* of counsel), for respondent.

*John H. Dominick* for claimant, respondent.

 no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.